

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00128-CV

---

FRANK GORMAN, APPELLANT

V.

PATRIOT HOME AND COMMERCIAL SERVICES, LLC, APPELLEE

---

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-364283-25, Honorable Susan H. McCoy, Presiding

---

July 8, 2026

## MEMORANDUM OPINION

### Before PARKER, C.J., and YARBROUGH and PRATT, JJ.

Appellant, Frank Gorman, appeals from the trial court's *Order Granting Defendant's Motion for Additional Attorneys' Fees Award for TCPA Motion to Dismiss*.[1] Now pending before this Court is Appellant's agreed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we grant Appellant's motion and dismiss the appeal.  The appeal is dismissed.  As requested by the agreed motion, costs shall be taxed against the parties who incurred them.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam